ACCEPTED
14-14-00701-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 9:14:56 AM
CHRISTOPHER PRINE
CLERK

### IN THE COURT OF APPEALS FOR THE
### FOURTEENTH DISTRICT COURT OF APPEALS
### HOUSTON, TEXAS
### NO. 14-14-00701-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 9:14:56 AM
CHRISTOPHER A. PRINE
Clerk

**FRELIN ORELLANA**
**APPELLANT**

**On Appeal from Cause Number 1397962**
**From the 177th District Court**
**Harris County, Texas**

**V.**

**THE STATE OF TEXAS**
**APPELLEE**

---

### APPELLANT'S FINAL MOTION FOR EXTENSION

### FOR 14 DAYS

### DUE TO EXCEPTIONAL CIRCUMSTANCES

---

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

COMES NOW, Frelin Orellana, and files this Motion to Extend Time to File Brief, and in support thereof, would respectfully show the Court the following:

I.

The current deadline for filing Appellant's Brief is March 2, 2015. There have been three previous motions for extension of time to file Appellant's Brief.

II.

Counsel apologizes for the delay and humbly requests this final extension of fourteen days. Counsel had expected the brief in this case to have been completed at this time. However, counsel has recently experienced a disruption in her work schedule due to a painful chronic illness. Additionally, counsel's child was ill which resulted in further delay. Further, counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Lenin Lopez,* 01-13-01079-CR, reversed and set for retrial in cause #1403196

- *Vincent William,* #1420283

- *Darryle Robertson,* 14-15-00132-CR

- *Rodney Robins,* 01-14-00582-CR

- *Craig Beal,* 01-12-00896-CR

- *Abner Washington,* 01-14-00885-CR

- *Forest Penton,* 14-14-00406-CR

- *Leonard Storemski,* 14-14-00920-CR

- *Norma Clark,* PD-0172-15

- *Felix Irizarry,* 14-14-00827-CR

- *Eddie Aldape,* 14-14-00996-CR

- *Leslie Markle,* 01-13-01028-CR

- Dozens of writs of habeas corpus regarding the online solicitation of a minor act being declared unconstitutional

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

## III.

Appellant's attorney requests this extension which is necessary so that the brief can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this extension of the time for filing Appellant's brief and extends the deadline by 14 days, to March 17, 2015.

Respectfully Submitted,
**ALEXANDER BUNIN**
Chief Public Defender
Harris County, Texas


/s/ Sarah V. Wood
**SARAH V. WOOD**
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
Sarah.Wood@pdo.hctx.net


## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing has been served upon the Harris County District Attorney's Office – Alan Curry, via the electronic filing service.


/s/ Sarah V. Wood
Sarah V. Wood